Christopher M. McDonald (SBN 198093)
Zeana A. Zoreikat (SBN 347009)
**MURCHISON & CUMMING, LLP**
18201 Von Karman Avenue, Suite 950
Irvine, CA 92612
Telephone: (714) 972-9977
Facsimile: (714) 972-1404
E-Mail        cmcdonald@murchisonlaw.com
              zzoreikat@murchisonlaw.com

Attorneys for Defendant,
WALMART, INC.

## UNTIED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDA MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART; WALMART SUPERCENTER; WALMART, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 24-101<br><br>**DEFENDANT, WALMART, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)**<br><br>State Court Docket:<br>California Superior Court<br>County of Kings<br>Case No.: 23CU0277<br><br>Action Filed: July 7, 2023<br>Trial Date: None Set |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.

PLEASE TAKE NOTICE that Defendant, WALMART, INC., pursuant to 28

U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal of this civil action from

the Superior Court of California for the County of Kings, where it is currently

pending as Case No. 23CY0277, to the United States District Court for the Eastern

District of California.

/ / /

/ / /

The grounds for removal are as follows:

## I.     INTRODUCTION

1.     WALMART, INC., a Delaware corporation, with its principal place of business located in Bentonville, Arkansas, is a defendant in the civil action entitled, <u>Erlinda Martinez vs. Walmart, et al.</u> with case number 23CU0277, which was commenced on July 7, 2023, in the Superior Court of the State of California, County of Kings, and is now pending therein.  A true and correct copy of the Complaint, the pleadings served with said Complaint, and all pleadings filed in the state court action in this matter are attached hereto and incorporated by reference as **Exhibit A**.

2.     Under 28 U.S.C. 1446, a defendant has thirty days from the date of service to file removal papers.  Plaintiff served on Defendant copies of the Summons and Complaint on January 2, 2024, through Defendant's registered agent. (See Service of Process Transmittal, **Exhibit B**.)  Thus, pursuant to 28 U.S.C. §§ 1441 and 1446, this Notice of Removal is timely filed.

3.     As more fully set forth below, this is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332(a), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Therefore, pursuant to 28 U.S.C. §1441, WALMART, INC., may remove this action to this Court.

## II.     THIS COURT HAS SUBJECT MATTER JURISDICTION

4.     Based on the allegations in the Complaint, WALMART, INC., is informed and believes that Plaintiff, ERLINDA MARTINEZ, is a citizen of the State of California, and with regard to citizenship, Plaintiff is diverse from all named Defendant(s) in this action.

5.     WALMART, INC., is incorporated under the laws of the State of Delaware, and has its principal place of business in Bentonville, Arkansas.

6.     For purpose of removal "the citizenship of defendants sued under fictitious names *shall be* disregarded."  28 U.S.C. §1441(b)(1).

6.      This is a negligence and premises liability action in which Plaintiff, ERLINDA MARTINEZ, seeks significant medical and general damages for injuries sustained as a result of an alleged dangerous condition on WALMART, INC.'s premises.  Plaintiff, ERLINDA MARTINEZ, alleges that on July 10, 2021, she visited the Walmart store located at 250 N 12th Avenue in Hanford, California 93230, and sustained personal injuries due to WALMART, INC.'S negligence when she slipped on an unknown liquid substance on the floor causing her to slip and fall and sustain injuries and damages. Plaintiff, ERLINDA MARTINEZ, further alleges she has suffered general damages, wage loss, loss of earning capacity, hospital and medical expenses, and other damages according to proof. (Complaint, pp. 3, pa. 11). On May 23, 2022, Plaintiff, ERLINDA MARTINEZ, sent Defendant, WALMART, INC., a Demand for Settlement letter, through her counsel of record, in which she identified general and special damages as follows: $18,496.08 for past medical expenses; $50,000 for future medical expenses; and $150,000 general damages. Furthermore, Plaintiff, ERLINDA MARTINEZ, filed a Statement of Damages wherin she is seeking $2,000,000 in special damages and $3,000,000 in general damages. As such, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. This court has original jurisdiction over this action under 28 U.S.C. § 1332.  A true and correct copy of Plaintiff, ERLINDA MARTINEZ's Settlement Demand letter is attached hereto and incorporated by reference as **Exhibit C**.

7.      This petition is filed with this court within one year from the filing of the action in accordance with 28 U.S.C. § 1446(b).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

Case No.
DEFENDANT, WALMART, INC,'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)

1

## III.    DEMAND FOR JURY TRIAL

2

        Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant,

3

WALMART, INC., hereby demands trial by jury in this action.

4

5

DATED:  February 1, 2024        **MURCHISON & CUMMING, LLP**

6

7

By: _Christopher M. McDonald_

Christopher M. McDonald
Zeana A. Zoreikat
Attorney for Defendant. WALMART. INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **Exhibit A**

Case No.

DEFENDANT, WALMART, INC,'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

Electronically Submitted on 07/07/2023 08:58 AM

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Walmart; Walmart Supercenter; Walmart, Inc.; and Does 1 to 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Erlinda Martinez

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY
**FILED**
BY SUPERIOR COURT OF CALIFORNIA,
COUNTY OF KING'S COUNTY
07/07/2023
NOCONA SOBOLESKI, CLERK OF THE COURT
ELVIRA PEREZ, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Kings County Superior Court
Hanford Courthouse
1640 Kings County Dr, Hanford, CA 93230

CASE NUMBER:
*(Número del Caso):*
**23CU0277**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel D. Geoulla, Esq. (SBN: 255800), B & D LAW GROUP, APLC
10700 Santa Monica Blvd., Suite 200, Los Angeles, CA 90025; Tel.: (310) 424-5252

DATE: **07/07/2023**
*(Fecha)*                    Nocona Soboleski
                             *(Secretario)*

Clerk, by _____, Deputy
                                    *(Adjunto)*

Elvira Perez

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* **Walmart, Inc.**

    under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL] SUPERIOR COURT STATE OF CALIFORNIA KINGS COUNTY

**SUMMONS**
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
American LegalNet, Inc.

Electronically Submitted on 07/07/2023 08:58 AM

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Daniel D. Geoulla, Esq., SBN: 255800<br>**B & D LAW GROUP, APLC**<br>10700 Santa Monica Blvd., Suite 200<br>Los Angeles, CA 90025<br>TELEPHONE NO: (310)424-5252    FAX NO. (Optional): (310)492-5855<br>E-MAIL ADDRESS (Optional): TeamLit1@bdinjurylawgroup.com<br>ATTORNEY FOR (Name): Plaintiff, Erlinda Martinez | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Kings
STREET ADDRESS: 1640 Kings County Dr.
MAILING ADDRESS: 1640 Kings County Dr.
CITY AND ZIP CODE: Hanford, 93230
BRANCH NAME: Hanford Courthouse

**ELECTRONICALLY**
**FILED**
BY SUPERIOR COURT OF CALIFORNIA,
COUNTY OF KING'S COUNTY
07/07/2023
NOCONA SOBOLESKI, CLERK OF THE COURT
ELVIRA PEREZ, DEPUTY

PLAINTIFF: Erlinda Martinez

DEFENDANT: Walmart; Walmart Supercenter; Walmart, Inc.; and Does 1 to 100, inclusive

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE  [X] OTHER (specify): Premises Liability
[ ] Property Damage  [ ] Wrongful Death
[X] Personal Injury  [X] Other Damages (specify): According to Proof At Trial

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded  [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:
23CU0277

1. Plaintiff (name or names): Erlinda Martinez
   alleges causes of action against defendant (name or names):
   Walmart; Walmart Supercenter; Walmart, Inc.; and Does 1 to 100, inclusive.
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
COMPLAINT—Personal Injury, Property
Damage, Wrongful Death
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Erlinda Martinez v. Walmart, et al. | 23CU0277 |

4. ☐ Plaintiff (name):

   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ except defendant (name): Walmart
       (1) ☒ a business organization, form unknown
       (2) ☐ a corporation
       (3) ☐ an unincorporated entity (describe):

       (4) ☐ a public entity (describe):

       (5) ☐ other (specify):

   c. ☒ except defendant (name): Walmart, Inc.
       (1) ☐ a business organization, form unknown
       (2) ☒ a corporation
       (3) ☐ an unincorporated entity (describe):

       (4) ☐ a public entity (describe):

       (5) ☐ other (specify):

   b. ☒ except defendant (name): Walmart Supercenter
       (1) ☒ a business organization, form unknown
       (2) ☐ a corporation
       (3) ☐ an unincorporated entity (describe):

       (4) ☐ a public entity (describe):

       (5) ☐ other (specify):

   d. Plaintiff is informed and believes and thereon alleges that the defendants, and each of them, are agents, owners, managers, partners, joint-venturers, employers, successors, and/or alter-egos of one another and/or are in some other way liable for the events and happenings alleged herein. A unity of interests exists among defendants and to adhere to the fiction of their separate existence would sanction a fraud and promote injustice

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☒ Doe defendants (specify Doe numbers): DOES 1 through 50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants (specify Doe numbers): DOES 51 through 100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because

   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and

   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Erlinda Martinez v. Walmart, et al. | 23CU0277 |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other (specify):

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage (specify): According to Proof

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
   Plaintiff's Damages and Demand for Relief exceeds $25,000.00.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
   5, 6, 8, L1-L5, GN-1

Date: 6/30/2023

Daniel D. Geoulla, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE:<br>Erlinda Martinez v. Walmart, et al. | CASE NUMBER:<br>23CU0277 |
|---|---|

<u>First</u>        **CAUSE OF ACTION—Premises Liability**    Page  <u>4 of 5</u>
   (number)

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Erlinda Martinez
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):*  or about 7/10/2021    plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*
Plaintiff was lawfully on Defendants' premises, located at or near 250 N. 12 th Ave., Hanford, CA 93230, when suddenly and without notice, Plaintiff slipped and fell on an unknown liquid substance that presented a dangerous condition. Defendants breached their duty to Plaintiff by failing to address, alleviate, remove and/or remedy the dangerous condition on Defendants' premises, and by failing to warn their customers, including Plaintiff, of the presence of such a dangerous condition, despite having adequate time and notice to do so. This conduct by Defendants, and each of them, caused Plaintiff to suffer severe injuries for which she received reasonable and necessary medical care and treatment.

Prem.L-2.  [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*
Walmart; Walmart Supercenter; Walmart, Inc.; and Does 1 to 100, inclusive.

Prem.L-3.  [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

    [ ] Does _____ to _____
    Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.  [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*

    [ ] Does _____ to _____
    a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
    b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):*
Walmart; Walmart Supercenter; Walmart, Inc.; and Does 1 to 100, inclusive.

  b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [X] as follows *(names):* Defendants have failed to adequately disclose information and thus the true names and identities of Does 1 through 100 are presently unknown to Plaintiff. Plaintiff is informed and believes and thereon alleges that each such Defendant is in some way responsible and liable for the events or happenings alleged in this Complaint.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE:<br>Erlinda Martinez v. Walmart, et al. | CASE NUMBER:<br>23CU0277 |
| --- | --- |

Second _____ **CAUSE OF ACTION—General Negligence**   Page __5 of 5__
    (number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Erlinda Martinez

        alleges that defendant *(name):* Walmart; Walmart Supercenter; Walmart, Inc.; and Does 1 to 100, inclusive.

        was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

        on *(date):* or about 7/10/2021

        at *(place):* or about: 250 N. 12th Ave., Hanford, CA 93230

        *(description of reasons for liability):*

1) Defendants so negligently owned, operated, maintained, entrusted, and/or controlled the subject premises.

2) Defendants owed Plaintiff a legal duty or duties. Defendants breached their duty or duties to Plaintiff.

3) As a result, Defendants actually and proximately caused the Plaintiff personal injuries and damages in an amount according to proof at trial.

4) Plaintiff is further informed and belives and thereon alleges that Defendants were subject to and violated, ADA, California Health & Safety Codes, building codes, and/or ordinances and these violations actually and legally caused Plaintiff's damages, the occurrence resulting in the damages was of a nature that the regulation was designed to prevent and Plaintiff was among the class of persons for whose protection the regulation was adopted for.

5) By reason of the foregoing, Defendants, and each of them, are liable for, and Plaintiff is entitled to recover, Plaintiff's general, special, actual, and compensatory damages, including but not limited to, Plaintiff's necessary medical and related expenses, past, present and future lost earnings, loss of future earning capacity, as well as mental, emotional, and physical pain and suffering, in an amount according to proof at trial.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12<br>www.courtinfo.ca.gov

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Daniel D. Geoulla, Esq., SBN: 255800
B & D LAW GROUP, APLC
10700 Santa Monica Blvd., Suite 200, Los Angeles, CA 90025
TELEPHONE NO.: (310)424-5252     FAX NO. *(Optional):* (310)492-5855
E-MAIL ADDRESS: TeamLit1@bdinjurylawgroup.com
ATTORNEY FOR *(Name):* Plaintiff, Erlinda Martinez

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Kings
STREET ADDRESS: 1640 Kings County Dr.
MAILING ADDRESS: 1640 Kings County Dr.
CITY AND ZIP CODE: Hanford, 93230
BRANCH NAME: Hanford Courthouse

CASE NAME: Erlinda Martinez v. Walmart, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000)   [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 23CU0277 |
| | | JUDGE:<br>DEPT.: |

*FOR COURT USE ONLY*

FILED
BY SUPERIOR COURT OF CALIFORNIA,
COUNTY OF KING'S COUNTY
07/07/2023
NOCONA SOBOLESKI, CLERK OF THE COURT
ELVIRA PEREZ, DEPUTY

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [X] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* 2
5. This case [ ] is [X] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 6/30/20203

Daniel D. Geoulla, Esq.
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

Electronically Submitted on 07/07/2023 08:58 AM

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**For your protection and privacy, please press the Clear**

Daniel D. Geoulla, Esq. (SBN: 255800)
Michael B. Geoola, Esq. (SBN: 235365)
**B & D LAW GROUP, APLC.**
10700 Santa Monica Blvd., Suite 200
Los Angeles, California 90025
Telephone:   (310) 424-5252
Facsimile:   (310) 492-5855
Attorneys for *Plaintiffs*,
Erlinda Martinez

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF KINGS

### HANFORD  COURTHOUSE

| | |
|---|---|
| ERLINDA MARTINEZ, | **CASE NO. 23CU0277** |
| Plaintiff, | **STATEMENT OF DAMAGES** |
| vs. | [C.C.P. §§425.11, 425.115] |
| WALMART; WALMART SUPERCENTER; WALMART, INC.; and Does 1 to 100, inclusive. | |
| Defendants. | |

TO DEFENDANT AND ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Plaintiff ERLINDA MARTINEZ seeks the following general and special damages:

|  |  |
|---|---|
| **Special Damages:** | **$ 2,000,000.00** |
| **General Damages:** | **$ 3,000,000.00** |

DATED: December 29, 2023       **B & D LAW GROUP, APLC.**

By:_____
Daniel D. Geoulla, Esq.
Attorneys for *Plaintiffs*,
Erlinda Martinez

**IN THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF KINGS**
**1640 Kings County Drive**
**Hanford, CA 93230**

CONFORMED COPY
ORIGINAL FILED ON

JUL 07 2023

NOCONA SOBOLESKI, CLERK OF COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF KINGS

ELVIRA PEREZ
DEPUTY

**Erlinda Martinez,**
    Plaintiff / Petitioner,
        VS.
**Walmart et al,**
        Defendant / Respondent

Case No.   23CU0277

### Certificate of Mailing

I hereby declare under penalty of perjury that I am employed by the Kings County Superior Court, over the age of 18 and not a party to this action.

On July 7, 2023, I served the following, Notice of Judicial Assignment and CMC, by enclosing a true copy in a sealed envelope, and deposited at my place of business for collection and mailing with United States Mail at Hanford, California, following our ordinary business practices with which I am readily familiar addressed as follows:

Daniel D. Geoulla
B&AMP;D LAW GROUP, APLC
10700 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025

Date: July 7, 2023                    Nocona Soboleski, Court Executive Officer

                                      By: _____

                                      Deputy Court Clerk/Elvira Perez

| Superior Court of California,<br>County of Kings<br>1640 Kings County Drive<br>Hanford, CA 93230<br>www.kings.courts.ca.gov<br>559-582-1010 option 3 | CONFORMED COPY<br>ORIGINAL FILED ON<br><br>JUL 07 2023<br><br>NOCONA SCHULER, CLERK OF COURT<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>COUNTY OF KINGS<br>DEPUTY |
|---|---|
| **Case No.:** 23CU0277 | ELVIRA PEREZ |
| **Erlinda Martinez,**<br>              Plaintiff / Petitioner,<br>        VS.<br>**Walmart et al,**<br>              Defendant / Respondent. | **NOTICE OF JUDICIAL<br>ASSIGNMENT<br>AND CASE MANAGEMENT<br>CONFERENCE** |

Pursuant to the standing order regarding judicial assignments, you are hereby notified that this case is assigned to **Randy Edwards** for all purposes including trial. All future matters are to be scheduled with the assigned judge.

A Mandatory Case Management Conference has been scheduled in this matter as set forth below.

| Date: **November 6, 2023** | Time: **8:15 AM** | Department: **Department 2** |
|---|---|---|
| Address of the Court:  **1640 Kings County Drive Hanford, CA 93230** | | |

Parties are required to meet and confer no later than thirty (30) calendar days before the above-referenced case management conference date.

It is the plaintiff's responsibility to notify all parties of the case management conference who are not otherwise listed on the attached proof of service by mail.

All requests for telephonic appearances must be requested in writing at least 10 court days prior to the scheduled hearing.

Pursuant to California Rule of Court 3.725, no later than 15 calendar days before the date set for the case management conference, each party must file a case management statement and serve it on all other parties in the case. In lieu of each party's filing a separate case management statement, any two or more parties may file a joint statement. Parties must use the mandatory Case Management Statement (form CM-110). All applicable items on the form must be completed.

Dated: July 7, 2023

By: Elvira Perez, Deputy Clerk

NOTICE OF JUDICIAL ASSIGNMENT AND CASE MANAGEMENT CONFERENCE

# **Exhibit B**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Wolters Kluwer

CT Corporation
**Service of Process Notification**
01/02/2024
CT Log Number 545460873

## Service of Process Transmittal Summary

**TO:**  KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:**  **Process Served in California**

**FOR:**  WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Martinez Erlinda // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s), Cover Sheet, Instructions, Statement, Certificate, Notice and Conference |
| **COURT/AGENCY:** | Kings County - Superior Court - Avenal, CA<br>Case # 23CU0277 |
| **NATURE OF ACTION:** | Personal Injury - 07/10/2021, at 250 N. 12th Ave., Hanford, California 93230 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 01/02/2024 at 12:54 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Daniel D. Geoulla<br>B & D Law Group, APLC<br>10700 Santa Monica Blvd., Suite 200<br>Los Angeles, CA 90025<br>310-424-5252 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/03/2024, Expected Purge Date: 01/08/2024<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                              Tue, Jan 2, 2024
**Server Name:**                       Victor Mendez

| Entity Served | WALMART INC. |
|---|---|
| Case Number | 23CU0277 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



1

# **Exhibit C**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.

DEFENDANT, WALMART, INC,'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)

# B&D LAW GROUP, APLC

10700 SANTA MONICA BOULEVARD, SUITE 200
LOS ANGELES, CALIFORNIA 90025
TEL: (310) 424-5252
FAX: (310) 492-5855

May 23, 2022

**VIA US MAIL & EMAIL: Jamie.Green@walmart.com**

Jamie Green
Walmart Claims Services
P.O. Box 14731
Lexington, KY 40512-4731

ATTN: Jamie Green

RE: Our Client:        Erlinda Martinez
    Date of Loss:      07/10/2021
    Your Insured:      Walmart Inc. #1645
    Claim Number:      9676925
    Our File Number:   19017

## Settlement Demand

Dear Jamie Green:

As you know, our office represents Erlinda Martinez concerning a claim for personal injuries arising out of the above-referenced premises liability accident. Our client continues to complain of pain and suffering, however, for the time being, this letter serves as our settlement demand to amicably resolve this case.

This letter and attachments are being sent under the protection of *California Evidence Code §§1152, 1154*, and *Federal Rules of Evidence §408*, and any other applicable section. Nothing contained herein shall be deemed in any manner to be an admission by, or full explication of, any facts or a waiver of our client's rights or remedies which may be or become available as a result of actions or omissions with respect to the subject matter stated herein or otherwise, all of which rights and remedies, at law, equity, and/or otherwise, are specifically hereby reserved.

Liability in this case is not an issue as your insured willfully and knowingly failed to maintain the premises in a safe and hazardous free manner, as required pursuant to *California Civil Code §1714*. Erlinda Martinez was injured when she slipped in a large puddle of water in the ice cream aisle, causing her to fall to the ground, resulting in injuries. Erlinda Martinez has complained of constant pain to her lower back with radicular symptoms into her right buttock, thigh, and calf, as well as pain in her left knee, and has actively been treating her injuries in hopes that they will eventually go away.

**Re: Erlinda Martinez**
**Claim No.: 9676925**
**Settlement Demand**
**Page 2 of 3**



Enclosed are copies of the medical reports and medical specials incurred by our client as follows:

| | |
|---|---:|
| Adventist Health Hanford | $353.08 |
| Chiropractic Health Center | $3,168.00 |
| Jonathan D. Caldwell, M.D., Inc. | $275.00 |
| Precise Imaging | $2,200.00 |
| Ali Najafi, M.D. | Est. $1,500.00 |
| Alireza Abdollahi-Fard, M.D. | Est. $5,000.00 |
| Comprehensive Pain Management Center | $6,000.00 |
| **Subtotal:** | **Est. $18,496.08** |
| Future Care | Est. $50,000.00 |
| **Total Medical Specials:** | **$68,496.08** |
| General Damages | $150,000.00 |
| **TOTAL DAMAGES:** | **$218,496.08** |

As a result of this fall and continuous pain, Erlinda Martinez has also suffered loss of enjoyment damages from being unable to participate in her usual activities prior to this fall.

Our client suffered, and continues to suffer, pain and emotional anguish from her physical injuries and is entitled to receive compensation for the injuries sustained. *Hillard v. A.H. Robins Co.* (1983) 148 Cal.App.3d 374. We, therefore, believe that you are in a position to act promptly.

**Re: Erlinda Martinez**
**Claim No.: 9676925**
**Settlement Demand**
**Page 3 of 3**

Kindly contact this office at (310) 424-5252, at your earliest convenience once you have reviewed this matter so that we may discuss settlement and resolution of this case.

The courtesy of your written response is requested no later than 12:00pm on June 13, 2022.

Please call our office promptly to confirm receipt of this letter.


Respectfully,
B&D LAW GROUP, APLC

*Monica Perez*

MONICA PEREZ, J.D. FOR DANIEL D. GEOULLA, ESQ.
Attorneys for Erlinda Martinez

DDG/Jeanne M. Goodlett, JD
Enclosures:        as stated

**5/31/2022**

## CERTIFICATE OF SERVICE

### *Erlinda Martinez v. Walmart, et al.*

### Our File No. 50740

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California.  My business address is 18201 Von Karman Avenue, Suite 950, Irvine, CA 92612-1077.

On February 1, 2024, I served true copies of the following document(s) described as **DEFENDANT, WALMART, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)**;on the interested parties in this action as follows:
AND CIVIL COVER SHEET

| | |
|---|---|
| Daniel D. Geoulla, Esq. | Attorneys for:  Plaintiff, ERLINDA |
| B&D LAW GROUP, APLC | MARTINEZ |
| 10700 Santa Monica Blvd., Ste 200 | |
| Los Angeles, CA  90025 | |
| Telephone:  (310) 424-5252 | |
| Facsimile:   (310) 492-5855 | |
| E-Mail: daniel@bdinjurylawgroup.com | |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Pursuant to California Rules of Court 2.251(b), (c) and/or California Code of Civil Procedure §1010.6(e), I caused a copy of the above-referenced document(s) to be sent via electronic transmission from the e-mail address of jcaldwell@murchisonlaw.com to the interested parties at the e-mail address(es) as stated below.  No error was reported.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2024, at Irvine, California.


                                        /s/ Johnetta Caldwell
                                    _____
                                        Johnetta Caldwell