CAROLINE G. MASSEY (SBN 299691)
caroline.massey@dinsmore.com
VARUN SABHARWAL (SBN 340353)
varun.sabharwal@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Ph: (619) 400-0500
Fx: (619) 400-0501

Attorneys for Defendant WALMART, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDA MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART; WALMART SUPERCENTER; WALMART, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00149-KES-BAM<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION TO VACATE DEADLINES; [PROPOSED] ORDER**<br><br>Judge: Hon. Kirk S. Sherriff<br>Mag. Judge: Hon. Barbara A. McAuliffe<br><br>Complaint filed: July 7, 2023<br>Trial date: March 31, 2026 |

Plaintiff ERLINDA MARTINEZ ("Plaintiff") and Defendant WALMART, INC. ("Defendant") (collectively, "The Parties") hereby jointly submit the following notice of conditional settlement and joint stipulation to the Court.

## NOTICE OF CONDITIONAL SETTLEMENT & JOINT STIPULATION

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The Parties have agreed to settle the above-captioned matter, subject to the completion of terms and conditions specified in the Settlement Agreement, which is being circulated amongst the Parties. Pursuant to the terms of the Settlement Agreement, Plaintiffs will request dismissal of this entire Action upon satisfaction of the conditions set forth therein.

In light of this conditional settlement, and pursuant to Local Rule 160, the Parties, by and through their respective counsel, stipulate and agree as follows:

1. WHEREAS, the Parties have agreed to settle the matter in accordance with the terms set forth in the Settlement Agreement which has been circulated amongst the Parties.

2. WHEREAS, the proposed settlement agreement includes conditions precedent, including compliance with requirements related to Medicare reporting prior to Defendant's disbursement of settlement proceeds;

3. WHEREAS, the Parties expect such conditions of settlement and issuance of settlement proceeds to be completed within 120 days of the filing of this notice and stipulation at which time Plaintiff will be prepared to file a Request for Dismissal.

4. WHEREAS, pursuant to this Court's Order (Dkt. #73), Plaintiffs' deadline for Initial Expert Disclosures is September 19, 2025;

5. WHEREAS, Defendant requests this Court to take its Motion to Compel Plaintiff's Second Independent Medical Examination and Request for Sanctions scheduled for October 3, 2025, off calendar;

6. WHEREAS, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case, including Plaintiff's deadline to provide initial

Expert Disclosures, with the understanding that Plaintiffs will file a request for dismissal of the Action following completion of the conditional terms of settlement; and

7. WHEREAS, in the unlikely event that the settlement conditions are not completed within the time agreed by the Parties, Defendant will request a further case management conference to set new case management deadlines.

NOW THEREFORE, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case.

Dated: September 19, 2025         B&D INJURY LAW GROUP

By: /s/Bita Azimi
    Bita Azimi
Attorneys for Plaintiff ELIZABETH MARTINEZ

Dated: September 19, 2025         DINSMORE & SHOHL LLP

By: /s/ Varun Sabharwal
    Caroline G. Massey
    Varun Sabharwal
Attorneys for Defendant WALMART, INC.

# ATTESTATION

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 19, 2025    DINSMORE & SHOHL LLP

By: /s/ Varun Sabharwal
    Caroline G. Massey
    Varun Sabharwal
Attorneys for Defendant WALMART, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on September 19, 2025, a true copy of this document was served via the Court's CM/ECF as follows:

Bita Miriam Azimi     bita@bdinjury.com

Caroline Massey     caroline.massey@dinsmore.com, lizbeth.alonso@dinsmore.com

Daniel D. Geoulla     daniel@bdinjurylawgroup.com

Quinn Gardner     quinn.gardner@dinsmore.com, adelya.ashralieva@dinsmore.com

Varun Sabharwal     varun.sabharwal@dinsmore.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 19, 2025, at San Diego, California.

                                         /s/ Varun Sabharwal
                                         Varun Sabharwal

# ORDER

IT IS HEREBY ORDERED THAT all deadlines governing this Action are vacated. The Parties are ordered to file a Dismissal or Notice regarding settlement by no later than 120 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

Magistrate Judge Barbara A. McAuliffe